IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY BROWN,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | 1:25cv53 |
| ) | **Electronic Filing** |
| **MICHAEL HOLMAN**, Warden of Erie ) | |
| County Prison, and ) | |
| **DISTRICT ATTORNEY OF ERIE** ) | |
| **COUNTY,** ) | |
| ) | |
| Respondents. ) | |

## MEMORANDUM ORDER

Petitioner Gregory Brown ("Petitioner") commenced this habeas corpus proceeding on February 21, 2025. The case was referred to United States Magistrate Judge Maureen P. Kelly for pretrial proceedings in accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1), and Local Rules of Court 72.C and 72.D.

The Magistrate Judge's Report and Recommendation (ECF No. 18) filed on June 24, 2025, recommended that the petition be denied without prejudice to filing a civil rights complaint and that a certificate of appealability be denied. Petitioner was informed that objections to the Report and Recommendation were due by July 11, 2025. No objections have been filed.

After *de novo* review of the pleadings and documents in the case, together with the Report and Recommendation, the following Order is entered:

AND NOW, this 2nd day of December, 2025,

IT IS ORDERED that [11] the Petition for Habeas Corpus be, and the same hereby is, denied;

IT FURTHER IS ORDERED that the concomitant request for a certificate of appealability be, and the same hereby is, denied. Reasonable jurists would not debate the court's decision. See Bracey v. Superintendent Rockview SCI, 986 F.3d 274, 282 (3d Cir. 2021); and

IT FURTHER IS ORDERED that [15] petitioner's motion for release be, and the same hereby is, denied without prejudice to petitioner commencing a civil rights action in accordance with the applicable Rules of Civil Procedure. The [12] Report and Recommendation of Magistrate Judge Kelly dated July 11, 2025, is adopted as the opinion of the Court.

                                        s/David Stewart Cercone
                                        David Stewart Cercone
                                        Senior United States District Judge

cc:     The Honorable Maureen P. Kelly
        United States Magistrate Judge

        (*Via CM/ECF Electronic Mail*)


         Gregory Brown
        2020-000188
        Washington County Jail
        100 W. Cherry Avenue
        Washington, PA 15301

        (*Via United States Postal Service mail*)


        Counsel of record

        (*Via CM/ECF electronic mail*)